154 A.3d 685

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DAVID HENRY, DEFENDANT-PETITIONER.

October 14, 2016

</div>

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000212-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

<div align="center">

154 A.3d 685

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ANDRE KEARSE (A/K/A KEARSE ANDRE),
DEFENDANT-PETITIONER,

October 14, 2016

</div>

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004059-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.